# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2018-0456, <u>Regal Compassion Center, LLC & a. v. New Hampshire Department of Health and Human Services</u>, the court on May 6, 2019, issued the following order:**

Having considered the brief, the memorandum of law, and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The plaintiffs, Regal Compassion Center, LLC and Paul Morrissette, appeal orders of the Superior Court (<u>Kissinger</u>, J.) dismissing their claims against the defendant, the New Hampshire Department of Health and Human Services (the department), for failure to state a claim. The plaintiffs contend that the trial court erred by: (1) ruling that their application to the department did not create a contract; (2) determining that they did not plead their fraud claim with sufficient specificity or sufficient facts establishing that the department acted for the purpose of inducing their reliance; (3) concluding that their promissory estoppel claim was barred by sovereign immunity, <u>see</u> <u>XTL-NH, Inc. v. N.H. State Liquor Comm'n</u>, 170 N.H. 653, 659 (2018); and (4) denying their motion to amend their complaint.

As the appealing parties, the plaintiffs have the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned orders, the plaintiffs' challenges to them, the relevant law, and the record submitted on appeal, we conclude that the plaintiffs have not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Lynn, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

<b>Eileen Fox,<br>Clerk</b>